# NO. 12-08-00070-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

|  | § |  |
|---|---|---|
| *IN RE: RAQUEL FLORES,* | § | *ORIGINAL PROCEEDING* |
| *RELATOR* | § |  |

---

*MEMORANDUM OPINION*
*PER CURIAM*

Relator Raquel Flores has filed a motion to dismiss this original proceeding. A copy has been served on each attorney of record. In her motion, Flores, in effect, states that the issues in this proceeding have been rendered moot. Because Flores has met the requirements of Texas Rule of Appellate Procedure 42.1(a)(1), the motion is granted, and the original proceeding is dismissed.

Opinion delivered September 3, 2008.
*Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.*

(PUBLISH)